IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


RAY A. PARKER, and CAULETTE PARKER,
his wife,

                                                     07cv0435
                                                     **ELECTRONICALLY FILED**

        Plaintiff,

     v.

VERIZON PENNSYLVANIA, INC.,
KIMBERLY K. ONESKO, and GEORGE
ONESKO

        Defendants.


### Order of Court


And now, this 30th day of November, 2007, for the reasons set forth in the foregoing

Memorandum Opinion on Summary Judgment, it is HEREBY ORDERED that:


    (1)    Defendants' motion for summary judgment (doc. no. 26) is GRANTED as to
plaintiff's claims of discrimination and retaliation under the ADA and the FMLA.

    (2)    The Court will not rule upon defendants' motion for summary judgment as it
relates to plaintiffs' state law claim of trespass against the Oneskos.

    (3)    This case will be dismissed with prejudice as to plaintiff's claims of
discrimination and retaliation but without prejudice as to plaintiffs' claim for
trespass.

    (4)    Judgment is hereby entered in favor of defendant Verizon and against plaintiff.

    (5)    The Clerk shall mark the docket closed.


                                     s/Arthur J. Schwab _____
                                     Arthur J. Schwab
                                     United States District Judge


cc:    All Registered ECF Counsel and Parties